UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| PHUONG NHEM and PHANNARY NHEM,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES. LLC and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: 8:14-cv-01809-AG-DFM<br><br>**JUDGMENT OF DISMISSAL OF ACTION**<br><br>[Assigned to the Hon. Andrew J. Guilford] |

On January 29, 2015, this Court entered an Order granting the Motion to Dismiss Plaintiffs' Complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as WORLD SAVINGS BANK, FSB ("Wells Fargo") without leave to amend. In accordance with the Court's Minute Order (Document 14):

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Judgment is entered in favor of defendant Wells Fargo against plaintiffs.

DATED: February 9, 2015

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

CASE NO.: 8:14-CV-01809-AG-DFM
[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION

2

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL OF ACTION**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Counsel for Plaintiffs Phuong Nhem and Phannary Nhem:* | *Counsel for Defendant NBS Default Services, LLC*: |
|---|---|
| Robyn Pool<br>POOL LAW GROUP<br>3633 Inland Empire Blvd., Suite 550<br>Ontario, California 91764<br><br>Tel: (909) 509-4304<br>Fax: (909) 906-3041 | Michael M. Le, Esq. (# 255056)<br>BUCKLEY MADOLE P.C.<br>301 E. Ocean Blvd., Suite 1720<br>Long Beach, CA  90802<br><br>Tel: (562) 612-4763<br>Fax: (562) 612-4761<br>Email: michael.le@buckleymadole.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on February 6, 2015.

| Rachelle H. Guillory | */s/ Rachelle H. Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |